IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAMERON KIRKHAM**                                                                            **PLAINTFF**
**ADC #168679**

V.                              NO. 4:22-cv-00738-JM-ERE

**DEXTER PAYNE**                                                                               **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections**

This Recommendation for the dismissal of Mr. Kirkham's claims has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Moody may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.    Discussion**

On August 18, 2022, Plaintiff Cameron Kirkham, an Arkansas Division of Correction ("ADC") inmate, filed this § 1983 lawsuit *pro se*. *Doc. 1*.

With his initial filing, Mr. Kirkham failed to provide a completed application for leave to proceed *in forma pauperis* (IFP); nor did he pay a filing fee. Accordingly, on August 19, 2022, the Court directed the Clerk of Court to send Mr. Kirkham an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. *Doc. 2*. The Court's Order specifically warned Mr. Kirkham that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Kirkham has not addressed the filing-fee requirement, and the time to do so has passed.

**III.   Conclusion**

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Kirkham's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's August 19, 2022 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated this 20th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE