IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAMERON KIRKHAM**                                                              **PLAINTFF**
**ADC #168679**

V.                              NO. 4:22-cv-00738-JM-ERE

**DEXTER PAYNE**                                                               **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections and the time to do so has expired. Plaintiff has filed an incomplete motion for leave to proceed in forma pauperis docket # 10.  Because the IFP application fails to include the jail account information sheet, the motion is DENIED.  After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff Cameron Kirkham's claims are DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's August 19, 2022 Order; (2) submit a completed IFP form and accompanying affidavit and jail account information sheet or pay the filing fee; and (3) prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 18th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE